THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY LOUIS ALLEN and JOHN MARTIN, Appellants.

Argued December 1, 1953; decided January 21, 1954.

*Harry G. Anderson, Harry Chiert* and *Rudolph Stand* for Henry Louis Allen, appellant.

*Nathan R. Schor* and *Samuel Bader* for John Martin, appellant.

*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.